# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Encyclopaedia Britannica, Inc.

v.

Dickstein Shapiro LLP

**Case No:** 15-7100

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☉ Appellant(s)/Petitioner(s)    ○ Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Encyclopaedia Britannica, Inc.

Names of Parties                                  Names of Parties

### Counsel Information

Lead Counsel: Neil H. Koslowe

Direct Phone: (202) 508-8118  Fax: (202) 508-8100  Email: nkoslowe@potomaclaw.com

2nd Counsel: To Be Submitted

Direct Phone: (   )    -     Fax: (   )    -     Email:

3rd Counsel: To Be Submitted

Direct Phone: (   )    -     Fax: (   )    -     Email:

Firm Name: Potomac Law Group, PLLC

Firm Address: 1300 Pennsylvania Avenue, N.W. Suite 700, Washington, DC 20004

Firm Phone: (202) 204-3005  Fax: (202) 318-7707  Email: webmail@potomaclaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that today, October 23, 2015, I served the foregoing **ENTRY OF APPEARANCE** via the Court's CM/ECF system.

/s/ Neil H. Koslowe
Neil H. Koslowe